UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA        :

    - v. -                      :   INDICTMENT

DAVID HOLLAND,                  :   18 Cr.
    a/k/a "David Black"         :
    a/k/a "Shysty"              :
    a/k/a "Donelle Holland"     :

                Defendant.      :

- - - - - - - - - - - - - - - - X



**18 CRIM 908**

## COUNT ONE

(Conspiracy to Commit Hobbs Act Robbery)

The Grand Jury charges:

1. On or about August 23, 2018, in the Southern District of New York and elsewhere, DAVID HOLLAND, the defendant, knowingly and intentionally did conspire with others, known and unknown, to commit robbery, as that term is defined in Title 18, United States Code, Section 1951(b)(1), and would and did thereby obstruct, delay, and affect commerce and the movement of articles and commodities in commerce, as that term is defined in Title 18, United States Code, Section 1951(b)(3), to wit, HOLLAND conspired to rob a deli located in New York, New York.

(Title 18, United States Code, Section 1951.)



## COUNT TWO

### (Hobbs Act Robbery)

The Grand Jury further charges:

2.  On or about August 23, 2018, in the Southern District of New York and elsewhere, DAVID HOLLAND, the defendant, knowingly and intentionally did commit robbery, as that term is defined in Title 18, United States Code, Section 1951(b)(1), and did thereby obstruct, delay, and affect commerce and the movement of articles and commodities in commerce, as that term is defined in Title 18, United States Code, Section 1951(b)(3), to wit, HOLLAND robbed at gunpoint a deli located in New York, New York.

(Title 18, United States Code, Sections 1951 and 2.)

## COUNT THREE

### (Hobbs Act Robbery)

3.  On or about September 14, 2018, in the Southern District of New York and elsewhere, DAVID HOLLAND, the defendant, knowingly and intentionally did commit robbery, as that term is defined in Title 18, United States Code, Section 1951(b)(1), and did thereby obstruct, delay, and affect commerce and the movement of articles and commodities in commerce, as

that term is defined in Title 18, United States Code, Section 1951(b)(3), to wit, HOLLAND robbed at gunpoint a fruit stand located in New York, New York.

(Title 18, United States Code, Sections 1951 and 2.)

## COUNT FOUR

### (Hobbs Act Robbery)

4.  On or about September 21, 2018, in the Southern District of New York and elsewhere, DAVID HOLLAND, the defendant, knowingly and intentionally did commit robbery, as that term is defined in Title 18, United States Code, Section 1951(b)(1), and did thereby obstruct, delay, and affect commerce and the movement of articles and commodities in commerce, as that term is defined in Title 18, United States Code, Section 1951(b)(3), to wit, HOLLAND robbed at gunpoint a fruit stand located in New York, New York.

(Title 18, United States Code, Sections 1951 and 2.)

## COUNT FIVE

### (Hobbs Act Robbery)

5.  On or about October 12, 2018, in the Southern District of New York and elsewhere, DAVID HOLLAND, the defendant, knowingly and intentionally did commit robbery, as that term is defined in Title 18, United States Code, Section 1951(b)(1), and did thereby obstruct, delay, and affect commerce and the movement of articles and commodities in commerce, as that term

3

is defined in Title 18, United States Code, Section 1951(b)(3), to wit, HOLLAND robbed at gunpoint a deli located in New York, New York.

(Title 18, United States Code, Sections 1951 and 2.)

## COUNT SIX

### (Hobbs Act Robbery)

6. On or about October 19, 2018, in the Southern District of New York and elsewhere, DAVID HOLLAND, the defendant, knowingly and intentionally did attempt to commit robbery, as that term is defined in Title 18, United States Code, Section 1951(b)(1), and did thereby obstruct, delay, and affect commerce and the movement of articles and commodities in commerce, as that term is defined in Title 18, United States Code, Section 1951(b)(3), to wit, HOLLAND attempted to rob at gunpoint a ~~fruit stand~~ deli located in New York, New York.

(Title 18, United States Code, Sections 1951 and 2.)

## COUNT SEVEN

### (Firearms Use, Carrying, and Possession)

The Grand Jury further charges:

7. On or about October 19, 2018, in the Southern District of New York and elsewhere, DAVID HOLLAND, the defendant, during and in relation to a crime of violence for which he may be prosecuted in a court of the United States, namely, the attempted robbery charged in Count Two of this Indictment,

4

knowingly did use and carry a firearm, and, in furtherance of such crime, did possess a firearm, and did aid and abet the use, carrying, and possession of a firearm, which was brandished during the attempted robbery charged in Count Two of this Indictment.

(Title 18, United States Code, Sections 924(c)(1)(A)(ii) and 2.)

## FORFEITURE ALLEGATIONS

8. As a result of committing the offenses alleged in Counts One through Seven of this Indictment, DAVID HOLLAND, the defendant, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28 United States Code, Section 2461(c), any and all property, real and personal, that constitutes or is derived from proceeds traceable to the commission of the offenses alleged in Counts One through Seven, including but not limited to a sum of money in United States currency representing the amount of proceeds traceable to the commission of the offenses alleged in Counts One through Seven that the defendant personally obtained.

### Substitute Asset Provision

9. If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

(a) cannot be located upon the exercise of due diligence;

(b) has been transferred or sold to, or deposited with, a third person;

(c) has been placed beyond the jurisdiction of the Court;

(d) has been substantially diminished in value; or

(e) has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to 21 U.S.C. § 853(p) and 28 U.S.C. § 2461(c), to seek forfeiture of any other property of said defendant up to the value of the above forfeitable property.

(Title 18, United States Code, Sections 981, and 1594; Title 21, United States Code, Section 853; and Title 28, United States Code, Section 2461.)

_____
FOREPERSON

_____
GEOFFREY S. BERMAN
United States Attorney

Form No. USA-33s-274 (Ed. 9-25-58)

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

v.

DAVID HOLLAND,
a/k/a "David Black"
a/k/a "Shysty"
a/k/a "Donelle Holland"

Defendant.

## INDICTMENT

18 Cr.

(18 U.S.C. §§ 1951, 924(c)(1) and 2.)

GEOFFREY S. BERMAN
United States Attorney

*[signature]*

Foreperson

December 21, 2016
Filed Indictment. Case assigned to Judge Stein.
U.S.M.J., Debra Freeman