Renato C. Stabile
Attorney at Law
580 Broadway, Suite 400
New York, NY 10012
212-219-1469 (o)
212-219-1897 (fax)
917-204-0181 (mobile)
renato.c.stabile@gmail.com


USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/19/19

December 18, 2019

**VIA ECF**
Hon. Sidney H. Stein
United States District Judge
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

# MEMO ENDORSED

Re:  *United States v. David Holland*, 18 Crim. 908 (SHS)

Dear Judge Stein:

I am the attorney for David Holland, the defendant in the above-referenced matter. With the consent of the Government, I write to request a 45-day adjournment of Mr. Holland's sentencing in this matter, currently scheduled for January 8, 2020 at 4:00 pm. This is my first request for an adjournment. The reasons for the request are that Mr. Holland was unexpectedly moved from the MCC to the Westchester County Jail in Valhalla, NY before I received his draft Presentence Report. As a result of that transfer, Mr. Holland no longer has access to CorrLinks email, which has made communication more difficult. Due to the distance and my schedule, I have not yet had the opportunity to review the draft PSR with him in order to file any corrections or objections. In addition, several facts came out during the PSR interview about Mr. Holland's personal background that warrant additional investigation and factual development to assist the Court in understanding his personal circumstances. I request more time to develop those facts. I have communicated with Assistant United States Attorney Jacob Gutwillig, who advises that the Government has no objection to this request.

I thank the Court for its consideration.

Sincerely,
/s/
Renato C. Stabile

cc:  AUSA Jacob Gutwillig (via ECF)

*The sentencing is adjourned to March 25, 2020, at 2:30pm. Defense sentencing submissions are due by March 11. Government submissions are due by March 18.*

SO ORDERED 12/19/19

SIDNEY H. STEIN
U.S.D.J.