Renato C. Stabile
Attorney at Law
580 Broadway, Suite 400
New York, NY 10012
212-219-1469 (o)
212-219-1897 (fax)
917-204-0181 (mobile)
renato.c.stabile@gmail.com



March 17, 2020

**VIA ECF**
Hon. Sidney H. Stein
United States District Judge
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

**MEMO ENDORSED**

Re:   *United States v. David Holland*, 18 Crim. 908 (SHS)

Dear Judge Stein:

I am the attorney for David Holland, the defendant in the above-referenced matter. With the consent of the Government, I write to request a 30-day adjournment of Mr. Holland's sentencing in this matter, currently scheduled for March 25, 2020 at 2:30 pm. This is my second request for an adjournment. In light of the COVID-19 pandemic, it is unclear what the status of the Courts will be next week. Nevertheless, Mr. Holland's family intends to attend his sentencing, including his mother, who suffers from chronic obstructive pulmonary disease (COPD) and other ailments, which places her in a higher risk category for COVID-19 complications. I request an adjournment of the sentencing so that Mr. Holland's family, including his mother, will be able to attend his sentencing. I have communicated with Assistant United States Attorney Jacob Gutwillig, who advises that the Government has no objection to this request.

I thank the Court for its consideration.

Sincerely,

/s/

Renato C. Stabile

*The sentencing is adjourned to June 22 at 2:30 pm*
SO ORDERED 3/20/2020

SYDNEY H. STEIN
U.S.D.J.

cc:   AUSA Jacob Gutwillig (via ECF)