UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA

    - v. -

DAVID HOLLAND,
    a/k/a "David Black"
    a/k/a "Shysty"
    a/k/a "Donelle Holland"

                Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

CONSENT PRELIMINARY ORDER
OF FORFEITURE/
MONEY JUDGMENT

S2 18 Cr. 908 (SHS)

        WHEREAS, on or about October 1, 2019, DAVID HOLLAND (the "Defendant"), was charged in a nine-count Superseding Indictment, S2 18 Cr. 908 (SHS) (the "Indictment"), with conspiracy to commit Hobbs Act Robbery, in violation of Title 18, United States Code, Section 1951 (Count One); Hobbs Act Robbery, in violation of Title 18, United States Code, Sections 1951 and 2 (Counts Two, Four, Five and Six); possession of a firearm during and in furtherance of a robbery, in violation of Title 18, United States Code, Sections 924(c)(1)(A)(i), (ii) and 2 (Counts Three, Seven and Nine); and attempted Hobbs Act Robbery, in violation of Title 18, United States Code, Sections 1951 and 2 (Count Eight);

        WHEREAS, the Indictment included a forfeiture allegation as to Counts Two Four, Five, Six and Eight, seeking forfeiture to the United States, pursuant to Title 18, United States Code, Section 981(a)(1)(C), and Title 28, United States Code, Section 2461(c), of any and all property, real and personal, that constitutes or is derived from proceeds traceable to the commission of the offenses charged in Counts Two, Four, Five, Six and Eight of the Indictment, including but not limited to a sum of money in United States currency representing the amount of proceeds traceable to the commission of the offenses charged in Counts Two, Four, Five, Six, and Eight of the Indictment that the Defendant personally obtained;

WHEREAS, on or about October 4, 2019, the Defendant pled guilty to Counts Two, Four, Five, Six, and Eight of the Indictment, pursuant to a plea agreement with the Government, wherein the Defendant admitted the forfeiture allegation with respect to Counts Two, Four, Five, Six and Eight and agreed to forfeit to the United States, pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c), to a sum of money in United States currency representing the amount of proceeds traceable to the commission of the offenses described in Counts Two, Four, Five, Six, and Eight charged in the Indictment that the Defendant personally obtained;

WHEREAS, the Defendant consents to the entry of a money judgment in the amount of $4,300 in United States currency representing the amount of proceeds traceable to the offenses charged in Counts Two, Four, Five, Six and Eight of the Indictment that the Defendant personally obtained; and

WHEREAS, the Defendant admits that, as a result of acts and/or omissions of the Defendant, the proceeds traceable to the offenses charged in Counts Two, Four, Five, Six and Eight of the Indictment that the Defendant personally obtained cannot be located upon the exercise of due diligence.

IT IS HEREBY STIPULATED AND AGREED, by and between the United States of America, by its attorney Audrey Strauss, Acting United States Attorney, Assistant United States Attorney, Jacob H. Gutwillig of counsel, and the Defendant, and his counsel, Renato C. Stabile, Esq., that:

1. As a result of the offenses charged in Counts Two, Four, Five, Six and Eight of the Indictment, to which the Defendant pled guilty, a money judgment in the amount of $4,300 in United States currency (the "Money Judgment"), representing the amount of proceeds traceable

to the offenses charged in Counts Two, Four, Five, Six and Eight of the Indictment that the Defendant personally obtained, shall be entered against the Defendant.

2. Pursuant to Rule 32.2(b)(4) of the Federal Rules of Criminal Procedure, this Consent Preliminary Order of Forfeiture/Money Judgment is final as to the Defendant, DAVID HOLLAND, and shall be deemed part of the sentence of the Defendant, and shall be included in the judgment of conviction therewith.

3. All payments on the outstanding money judgment shall be made by postal money order, bank or certified check, made payable, in this instance, to the United States Marshals Service, and delivered by mail to the United States Attorney's Office, Southern District of New York, Attn: Money Laundering and Transnational Criminal Enterprises Unit, One St. Andrew's Plaza, New York, New York 10007 and shall indicate the Defendant's name and case number.

4. The United States Marshals Service is authorized to deposit the payments on the Money Judgment in the Assets Forfeiture Fund, and the United States shall have clear title to such forfeited property.

5. Pursuant to Title 21, United States Code, Section 853(p), the United States is authorized to seek forfeiture of substitute assets of the Defendant up to the uncollected amount of the Money Judgment.

6. Pursuant to Rule 32.2(b)(3) of the Federal Rules of Criminal Procedure, the United States Attorney's Office is authorized to conduct any discovery needed to identify, locate or dispose of forfeitable property, including depositions, interrogatories, requests for production of documents and the issuance of subpoenas.

7.  The Court shall retain jurisdiction to enforce this Consent Preliminary Order of Forfeiture/Money Judgment, and to amend it as necessary, pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure.

8.  The Clerk of the Court shall forward three certified copies of this Consent Preliminary Order of Forfeiture/Money Judgment to Assistant United States Attorney Alexander J. Wilson, Co-Chief of the Money Laundering and Transnational Criminal Enterprises Unit, United States Attorney's Office, One St. Andrew's Plaza, New York, New York 10007.

[LEFT INTENTIONALLY BLANK]

9.  The signature page of this Consent Preliminary Order of Forfeiture/Money Judgment may be executed in one or more counterparts, each of which will be deemed an original but all of which together will constitute one and the same instrument.

AGREED AND CONSENTED TO:

AUDREY STRAUSS
Acting United States Attorney for the
Southern District of New York

By: *JACOB GUTWILLIG* Digitally signed by JACOB GUTWILLIG Date: 2020.10.13 23:55:44 -04'00'   October 13, 2020
Jacob H. Gutwillig                                                         DATE
Assistant United States Attorney
One St. Andrew's Plaza
New York, NY 10007
(212) 637-2215

DAVID HOLLAND

By: *David Holland (By RCS)*                                          10/13/2020
DAVID HOLLAND                                                          DATE


By: *Renato C. Stabile*                                                 10/13/2020
Renato C. Stabile, Esq.                                                DATE
Attorney for Defendant
580 Broadway, Ste. 400
New York, New York 10012

SO ORDERED:

_____                                          10/14/2020
HONORABLE SIDNEY H. STEIN                                          DATE
UNITED STATES DISTRICT JUDGE